# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| SEA HUNTERS, LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Docket no. 2:08-cv-272-GZS |
| | ) |
| THE UNIDENTIFIED, WRECKED & | ) |
| ABANDONDED VESSEL, | ) |
| | ) |
| | ) |
| In Rem Defendant. | ) |

## PROCEDURAL ORDER

On May 16, 2012, the Court held a telephonic conference of counsel. Attorneys Guy Burnette and Marshall Tinkle appeared for Plaintiff Sea Hunters, LP. Attorneys Timothy Shusta and Michael Kaplan appeared for Interested Party Secretary of State for Transport of the United Kingdom ("UK DfT"). As discussed at the conference, the Court hereby ORDERS:

(1) The Emergency Motion for Order Allowing View of Salvaged Items (ECF No. 43) is hereby DENIED WITHOUT PREJUDICE. At the conference, Plaintiff indicated that it does not oppose allowing the UK DfT to view the salvaged items. The Court ordered counsel to coordinate such a viewing to take place as soon as practicable. If counsel fail to reach agreement on the time and necessary particulars for the viewing, UK DfT is free to renew its motion and seek an additional conference with the Court.

(2) The Status Conference previously set for May 18, 2012 is rescheduled for June 25, 2012 at 10 A.M.

2

(3) The May 17, 2012 Status Report deadline is continued. The next status report shall be filed on or before June 18, 2012. This status report shall indicate whether the requested UK DfT viewing has occurred.

(4) Plaintiff's Response to the Motion to Set Aside Default (ECF No. 41) remains due no later than May 30, 2012. Any Reply shall be filed in accordance with District of Maine Local Rule 7(c). The Court anticipates having this Motion fully briefed in advance of the June 25, 2012 Status Conference so that any issues related to this Motion can be further addressed at the conference.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 16th day of May, 2012.