UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SEA HUNTERS, LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Docket no. 2:08-cv-272-GZS |
| | ) |
| THE UNIDENTIFIED, WRECKED & | ) |
| ABANDONDED VESSEL, | ) |
| | ) |
| | ) |
| In Rem Defendant. | ) |

**PROCEDURAL ORDER & REPORT OF CONFERENCE**

On June 25, 2012, the Court held a conference of counsel. Attorneys Guy Burnette, David Horan and Marshall Tinkle appeared for Plaintiff Sea Hunters, LP. Additionally, Greg Brooks and Robert Muller appeared as representatives of Plaintiff Sea Hunters, LP. Attorneys Timothy Shusta and Michael Kaplan appeared for Claimant Secretary of State for Transport of the United Kingdom ("UK DfT").

The purpose of the conference was to determine how to move this case forward in an expeditious manner and address any issues related to the Court's subject matter jurisdiction. After hearing from both sides, the Court will await the filing of a responsive pleading by UK DfT on or before July 16, 2012. If UK DfT chooses to file a motion, the Court will allow full briefing on that motion and take it under advisement once that briefing in complete. As discussed with the parties, the Court expects that the parties will both be prepared to complete discovery on the preliminary issue of identification of the vessel within 180 days of the Court issuing a scheduling order. In the absence of a request from the parties that a scheduling order issue sooner, the Court anticipates issuing a scheduling order upon receipt of UK DfT's

responsive pleading or upon filing its decision on any initial motion, assuming that the decision does not dispose of the case.

Counsel indicated that they would be meeting to exchange informal discovery. The Court encourages these efforts. To the extent that both sides expressed concern regarding the confidentiality of any discovery, the Court directed the parties to consider and review the Court's form confidentiality order. The parties are free to request that the Court enter a confidentiality order pursuant to Local Rule 26(d). To aid the parties in their informal discovery efforts, the parties are free to request a confidentiality order prior to the entry of any formal scheduling order.

After discussion, the Court directed the parties to confer regarding issues of security and protocols for upcoming salvage trips. Plaintiff has agreed that it will allow UK DfT to inspect salvaged items without any further specific order from the Court. In the absence of either side filing a motion, the Court will assume that UK DfT is receiving reasonable notice of any newly salvaged items and an adequate opportunity to view and inspect those items.

Plaintiff shall continue to file regular status reports regarding its ongoing salvage operations. The next status report shall be filed no later than January 4, 2013. The status report shall include an inventory of all salvaged items Plaintiff is maintaining in its role of substitute custodian.

SO ORDERED.

/s/ George Z. Singal  
United States District Judge

Dated this 25th day of June, 2012.

2