# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| SEA HUNTERS, LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 2:08-cv-272-GZS |
| | ) |
| THE UNIDENTIFIED, WRECKED & ABANDONED VESSEL, | ) ) |
| | ) |
| | ) |
| In Rem Defendant. | ) |

## ORDER REGARDING RECOVERY PROTOCOL

Following the June 25, 2012 conference of counsel, the Court had directed Sea Hunters and the Secretary of State for Transport of the United Kingdom ("UK DfT") to confer and attempt to reach agreement on issues related to protocols to be used in upcoming salvage trips. The parties have now placed a dizzying array of filings on the docket related to the recovery protocol issue (ECF Nos. 66, 67, 71, 72, 73, 76 & 77). To the extent that any of these filings qualifies as a motion, the motions are hereby GRANTED IN PART AND DENIED IN PART. The Court has thoroughly reviewed and considered the most recent versions of the Recovery Protocol submitted by Sea Hunters (ECF No. 71-1) and UK DfT (ECF No. 72-1). As a result of this review, the Court will be separately filing an AMENDED ORDER APPOINTING SUBSTITUTE CUSTODIAN with an approved recovery protocol.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 20th day of August, 2012.