# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| SEA HUNTERS, LP, | ) |
| Plaintiff, | ) |
| v. | ) Docket no. 2:08-cv-272-GZS |
| S.S. PORT NICHOLSON, | ) |
| Defendant. | ) |

## ORDER ON CLAIM TO SALVAGED PROPERTY

Before the Court is the Claim to Salvaged Property (ECF No. 349) by Secretary of State, Department of Transport for the United Kingdom ("UK DfT").

Having reviewed the Claim and the docket in its entirety, the Court concludes that the UK DfT is the only proper claimant of the property currently within the actual *in rem* jurisdiction of this Court as a result of the proceedings in this case. Therefore, the Court finds UK DfT is the rightful owner entitled to possess this property.

The United States Marshals Service is hereby ORDERED to turn over all of the property currently in its custody as a result of this Court's April 1, 2015 Order to Attorney Michael Kaplan, counsel for UK DfT, at a time mutually convenient to the Marshal and Mr. Kaplan.

Having dismissed all claims brought in this case and determined the disposal of the only salvaged property presented to the Court, the Clerk is now directed to enter final judgment.

SO ORDERED.

/s/ George Z. Singal  
United States District Judge

Dated this 14th day of May, 2015.