UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SEA HUNTERS, LP,<br>Plaintiff,<br><br>v.<br><br>S.S. PORT NICHOLSON,<br>Defendant, | )<br>)<br>)<br>)   Civil No. 2:08-cv-272-GZS<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Order on All Pending Motions & the Order to Show Cause entered on April 1, 2015 and the Order on Claim to Salvaged Property entered May 14, 2015 by U.S. District Judge George Z. Singal,

Judgment of Dismissal with prejudice is hereby entered as to Plaintiff, Sea Hunters, LP's Complaint, and

Judgment of Dismissal without prejudice is hereby entered as to Intervenor Plaintiff, Mission Recovery, LLC's Intervenor Complaint.

CHRISTA K. BERRY
CLERK

By:   /s/Lindsey Caron
Deputy Clerk

Dated: May 15, 2015