# UNITED STATES DISTRICT COURT
## District of Maine

| | |
|---|---|
| SEA HUNTERS, L.P.,, )<br>)<br>    **Plaintiff** )<br>)<br>v. )<br>)<br>THE S.S. PORT NICHOLSON, )<br>Her Tackle, Apparel, Cargo, )<br>Appurtenances, and Property, in Rem, )<br>)<br>    **Defendant** | No. 2:08-cv-272-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on November 24, 2015, his Recommended Decision (ECF No. 360). Claimant filed his Objection to the Recommended Decision (ECF No. 362) on December 11, 2015.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.    It is hereby **ORDERED** that Claimant's Motion for Attorney Fees (ECF No. 354) is **DENIED** without prejudice.

                                                  /s/George Z. Singal_____
                                                  U.S. District Judge

Dated this 5th day of January, 2016.